# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| Everett McKinley Dirksen | Office of the Clerk |
| United States Courthouse | Phone: (312) 435-5850 |
| Room 2722 - 219 S. Dearborn Street | www.ca7.uscourts.gov |
| Chicago, Illinois 60604 | |

August 28, 2025

*By the Court*:

| | KRISH LAL ISSERDASANI, |
| | Plaintiff - Appellee |
| No. 25-2124 | v. |
| | KRISTI NOEM, Secretary of Homeland Security, et al., |
| | Defendants - Appellants |
| **Originating Case Information:** | |
| District Court No: 3:25-cv-00283-wmc | |
| Western District of Wisconsin | |
| District Judge William M. Conley | |

Upon consideration of the **STIPULATED DISMISSAL OF APPEAL UNDER FEDERAL RULE OF APPELLATE PROCEDURE 42(b)**, filed on August 27, 2025, by counsel for the parties,

**IT IS ORDERED** that this case is **DISMISSED**, pursuant to Federal Rule of Appellate Procedure 42(b).

form name: **c7_FinalOrderWMandate**    (form ID: **137**)